**779** HOMER VILLAGE vs. CIRCUIT JUDGE (Calhoun), No. 16235½.

. To vacate an order recalling an execution issued upon a judgment for costs, before an appeal from the taxation had been determined, and retaxing the costs.

Order to show cause denied April 14, 1897.


**780** CASTOR vs. CIRCUIT JUDGE (Allegan), 54 M., 318.

To recall an execution issued under a decree in chancery, in a case appealed since the execution was issued.

Denied June 25, 1884.

Held, that the fact that defendant intends to take an appeal does not preclude the complainant from taking an execution, and that the circuit judge cannot be required to vacate an order which was not erroneous when made.


**781** JENNESS vs. CIRCUIT JUDGE (Lapeer), 42 M., 469.

To vacate an order setting aside an execution and the proceedings had under it.

Granted January 20, 1880.

One Turrill recovered judgment in the Circuit Court for Lapeer June 1, 1874.

Plaintiff died intestate July 31, 1876, and July 19, 1879, the administrators of his estate caused an execution to issue and a levy and sale thereunder. In April, 1879, the judgment debtor moved the court to set aside the execution and levy and sale under it, because taken out after the plaintiff's death and without steps to revive.

Held, that the omission to revive is an irregularity only and may be cured by an order nunc pro tunc.